IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY HAYNES,
    Petitioner,

Case No. 3:06cv240/RV/EMT

STATE OF FLORIDA,
    Respondent.
_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 26, 2006.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The habeas petition filed under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this 24th day of July, 2006.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**